# Order

Michigan Supreme Court
Lansing, Michigan

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143934-9

PATRICK MCCARTHY,
        Plaintiff-Appellant,

v

EDWARD SOSNICK, WENDY L. POTTS,
KEVIN M. OEFFNER, RICHARD M. LYNCH,
OAKLAND COUNTY CIRCUIT COURT,
JEANNE STEMPIEN, KATHLEEN J.
MCCANN, THOMAS J. RYAN, BARRY M.
GRANT, MICHAEL J. TALBOT, DIANE M.
GARRISON, NANCY J. DIEHL, RONALD F.
ROSE, NANCY J. GRANT, and JUDICIAL
TENURE COMMISSION,
        Defendants-Appellees.
_____/

SC: 143934-6
COA: 293482; 294385; 295784
Oakland CC: 2008-089426-NO

PATRICK MCCARTHY,
        Plaintiff-Appellant,

v

EDWARD SOSNICK, WENDY L. POTTS,
KEVIN M. OEFFNER, RICHARD M. LYNCH,
OAKLAND COUNTY CIRCUIT COURT,
JEANNE STEMPIEN, KATHLEEN J.
MCCANN, THOMAS J. RYAN, BARRY M.
GRANT, MICHAEL J. TALBOT, DIANE M.
GARRISON, NANCY J. DIEHL, RONALD F.
ROSE, NANCY J. GRANT, JUDICIAL TENURE
COMMISSION, GOVERNOR OF MICHIGAN,
and ATTORNEY GENERAL,
        Defendants-Appellees.
_____/

SC: 143937-9
COA: 293483; 294383; 295782
Oakland CC: 2009-094425-NO

On order of the Court, the application for leave to appeal the September 20, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not

persuaded that the questions presented should be reviewed by this Court. We further conclude that the application for leave to appeal is frivolous and vexatious. MCR 7.316(D). Plaintiff Patrick McCarthy is ordered to pay the Clerk of this Court $500 within 28 days of the date of this order. We direct the Clerk of this Court not to accept any further filings from Mr. McCarthy in any non-criminal matter until he has made the payment required by this order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

Clerk

d0227